1  Mayfield & Associates - Attorneys at Law
   Gayle Mayfield-Venieris, Esq., Bar No. 149296
2  Michael W. Newcomb, Esq., Bar No. 188321
   Melissa L. Bustarde, Esq. Bar. No. 239062
3  462 Stevens Avenue, Suite 303
   Solana Beach, CA 92075-2066
4  Tel: (858) 793-8090
   Fax: (858) 793-8099

FILED

06 OCT 10 AM 8:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



BY: _____ DEPUTY

6  Attorneys for Material Witness: ANA GABRIEL PULIDO-MADRIGAL

8              UNITED STATES DISTRICT COURT

9          OF THE SOUTHERN DISTRICT OF CALIFORNIA

10            DISTRICT JUDGE THOMAS J. WHELAN

11 | UNITED STATE OF AMERICA,       | Criminal Case No.: 06 cr 0803-W
                                      Mag. Docket No.: 06 mg 1736
12 |       Plaintiff,                 | Hon: Thomas J. Whelan
13 |   vs.                            | **EXPARTE APPLICATION AND ORDER
                                      | TO EXONERATE THE APPEARANCE
14 | LEONARDO ULISES PENA,            | BOND FOR THE MATERIAL WITNESS
                                      | AND TO DISBURSE THE BOND FUNDS**
15 |       Defendant.                 |

### Ex Parte Application

I, Gayle Mayfield-Venieris, attorney for material witness **Ana Gabriel Pulido-Madrigal** who has been remanded to the Customs & Border Patrol ("C & BP"), Department of Homeland Security for voluntary departure to her country of origin, submits this ex parte application and order to exonerate the appearance bond securing the attendance of the material witness for this case. On July 10, 2006, the defendants pled guilty in the Hon. Thomas J. Whelan's courtroom. Counsel for the government and defense informs me the presence of the material witness is no longer required.

On behalf of the material witness and the surety who signed the appearance bond for the material witness, I am requesting that the court order the exoneration of the material witness bond.

I affirm the above is true and correct under penalty of perjury under the laws of the United States.

Dated: September 19, 2006

Gayle Mayfield-Venieris,
Attorney for Material Witness
ANA GABRIEL PULIDO-MADRIGAL

Dated: September 26, 2006

Approved as to form:
Carol C. Lam
United States Attorney

Matthew J. Gardner
Assistant U.S. Attorney

## ORDER

**IT IS ORDERED** that the personal surety bond for five thousand dollars ($5,000.00), which secured the presence of material witness **Ana Gabriel Pulido-Madrigal** exonerated. The deposit of five hundred dollars ($500.00) for the bond be returned to the surety:

Salvador F. Morfin

7213 Jackson Street

Paramount, CA 90723

Dated: 10/6/06

Thomas J. Whelan
U. S. District Judge

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066